UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

………………………………………….
Gunnar Engstrom,

        Plaintiff,                    C.A. No. 07-CV-10135-RWZ

        v.

Advanced Cell Technology, Inc.,

        Defendant.
………………………………………….

## Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto hereby stipulate that the above captioned matter, including all claims, is hereby dismissed with prejudice, and without costs, interest, or attorneys' fees to any party.  All parties expressly waive any right to appeal.

        GUNNAR ENGSTROM

        By his attorney,

        /s/ John O. Mirick
        John O. Mirick, Esq.
        Mirick O'Connell, DeMallie & Lougee, LLP
        100 Front Street
        Worcester, MA  01608
Dated: October 26, 2007        jomirick@modl.com

{P0167372.1}

                                     ADVANCED CELL TECHNOLOGY, INC.

                                     By its Attorneys,

                                     /s/ David A. Anderson
                                     David A. Anderson, BBO No. 631392
                                     Pierce Atwood LLP
                                     One New Hampshire Avenue
                                     Suite 350
                                     Portsmouth, NH  03801
                                     (603) 433-6300
                                     (603) 433-6372 Fax
Dated:  October 26, 2007            danderson@pierceatwood.com